# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JIN HE | § | |
| | § | |
| V. | § | CASE NO. 4:06CV363 |
| | § | (Judge Schneider /Judge Bush) |
| EMILIO T. GONZALEZ, Director of U.S. | § | |
| Citizenship and Immigration Services, et al. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On October 10, 2006, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that the above titled and numbered cause of action be DISMISSED WITHOUT PREJUDICE.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the above titled and numbered cause of action be DISMISSED WITHOUT PREJUDICE.

**SIGNED this 30th day of October, 2006.**

*/s/ Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE